THE STATE OF KANSAS v. CHARLES V. PYLE.—SAME v. JOHN W. POTTENGER.

CASE, *Followed.*   The case of *The State v. Yates*, just decided, followed.

*Appeal from Brown District Court.*

THE foregoing cases are sufficiently stated in the opinion herein.

*James Falloon*, and *S. F. Newlon*, for appellants.

*John T. Little*, attorney general, and *W. F. Means*, county attorney, for The State.

The opinion of the court was delivered by

HORTON, C. J. :  Both of the foregoing cases will be affirmed, upon the authority of *The State v. Yates*, No. 9139, just decided, as the facts are identical in each case.

All the Justices concurring.